are patrons of public utilities which require security deposits. But it is difficult to believe that plaintiffs would go without water service pending their test case before the Commission for lack of the $40.00 deposit. Aid would doubtless be forthcoming from the Illinois Public Aid Department, the Supervisor of General Assistance of their township, or some other agency or individual able and willing to furnish the $40.00 deposit to prevent hardship to plaintiffs and their family. For this reason there is no compelling need to use injunctive powers where to do so is contrary to settled law.

I would dissolve the temporary injunction.

CHARLES SALVAGGIO *et al.*, Plaintiffs-Appellees, *v.* BLANCHE SCHOFROTH, Defendant-Appellant.

(No. 71-3; )

Fifth District—May 14, 1971.

*Abstract of Decision*

Harris & Lambert, of Marion, for appellant.

No appearance for appellees.